1444

2017–0713.   Woods Cove III, L.L.C. v. Spy.
Cuyahoga App. No. 105599. Appellant's motion for leave to proceed denied as moot.